


419 Lucille Court
Ridgewood, NJ 07450
cassell.susan@gmail.com

Tel & Fax 201-445-3894
Admitted in NJ, NY & CA
www.legalbeagle.com

**By Fax: 856-757-5076**

Hon. Robert B. Kugler
United States District Court Judge
Camden Federal Bldg and Courthouse
401 Market Street
Camden, N.J. 08101

November 20, 2012

Re: USA v. Eric Maxwell Crim. No. 12-708

Dear Judge Kugler,

I represent the above defendant, Eric Maxwell, who is currently on home confinement, pending resolution of his criminal case. Mr. Maxwell has requested that his bail restrictions be modified so as to allow him to attend a family Thanksgiving dinner at the Society Hill Hall, 14 Alexander Court, in Jersey City, between 4:00 p.m. and 10:00 p.m., which is the same city in which he is confined, but beyond the perimeter of his home. I have spoken to AUSA Jonathon Romankow and Pre-Trial Service Officer Barbara Hutchinson, and they have no objection.

Thank you for your consideration in this matter.

Very truly yours,

Susan C. Cassell

cc: AUSA Jonathon Romankow
Pre-trial Officer Barbara Hutchinson

SO ORDERED this 21st day of November 2012

USDJ